

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-11-00514-CV

IN RE BETTY LOU BRADSHAW                                    RELATOR

------------

ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's "Emergency Motion For Stay And Petition For Writ Of Prohibition" and is of the opinion that the motion to stay the hearings set on December 28, 2011, and January 18, 2012, and the petition to prohibit the trial court from engaging in any further proceedings should be denied. Accordingly, relator's "Emergency Motion For Stay And Petition For Writ Of Prohibition" is denied.

PER CURIAM

PANEL: GABRIEL, J.; LIVINGSTON, C.J.; and MCCOY, J.

DELIVERED: December 27, 2011

------------

[1]See Tex. R. App. P. 47.4, 52.8(d).